**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,  : No. 262 MAL 2018
:
Respondent  :
: Petition for Allowance of Appeal from
: the Order of the Superior Court
v.  :
:
:
RAMON VASQUEZ,  :
:
Petitioner  :

## ORDER

**PER CURIAM**

    **AND NOW**, this 16th day of November, 2018, the Petition for Allowance of Appeal is **DENIED**.